UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SANCHEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>J. TRIPP,<br><br>        Defendant. | Case No. 19-cv-07022-YGR (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This case was referred to Magistrate Judge Robert M. Illman for court-ordered settlement proceedings. On October 15, 2020, the parties appeared before Magistrate Judge Illman for a settlement conference. The "Minute Entry" for the settlement conference indicates that it was "[s]ettled in full." Dkt. 25.

On October 16, 2020, the Court received a copy of the "Stipulation for Voluntary Dismissal With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. Dkt. 26. The signed stipulation states:

> Plaintiff Hector Sanchez and Defendant J. Tripp, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

*Id.* at 1.

Accordingly, having been notified of the settlement and it appears that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendant Tripp, the only named defendant, are DISMISSED WITH PREJUDICE.

The Clerk of the Court shall terminate any pending motions and close the file.

IT IS SO ORDERED.

Dated: October 30, 2020

                                                YVONNE GONZALEZ ROGERS<br>                                                United States District Judge